No. 910, Misc. BROADUS-BEY *v.* DIAMOND. C. A. 6th Cir. Certiorari denied.

No. 916, Misc. Ross *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Skeens* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 917, Misc. WILLIAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Skeens* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 923, Misc. TURVILLE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Stanley Mosk,* Attorney General of California, and *William E. James,* Assistant Attorney General, for respondent.

No. 735, Misc. McWHORTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 954, Misc. ARMSTRONG ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Grover N. McCormick* for petitioners. *Solicitor General Rankin* for the United States.